IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA RYAN MURPHY, ADC # 760343                                                                       PLAINTIFF

v.                                             1:16CV00022-BRW-JJV

GOLDEN, Warden, McPherson Unit,
   Arkansas Department of Correction                                                              DEFENDANT

## ORDER

     Lisa Murphy ("Plaintiff") filed this action pro se and pursuant to 42 U.S.C. section 1983. (Doc. No. 1.)  She did not submit either the statutory filing fee or an Application to Proceed Without Prepayment of Fees and Affidavit ("Application"), however.  I will not order an Application form sent to her because she is a "three-striker" within the meaning of the Prison Litigation Reform Act.[1]  Moreover, the allegations in her Complaint do not indicate she is in imminent danger of physical harm.  Instead, she alleges Warden Golden has violated her due process rights in prison disciplinary proceedings.  (*Id*. at 4.)

     Accordingly, if Plaintiff wishes to pursue this action, she must submit the full statutory filing fee of $400 within fourteen (14) days of this Order's entry.  If she fails to do so, I will recommend this action be dismissed.

     DATED this 8th day of March, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] *See Murphy v. Faust, et al.*, 1:14CV00127-JM; *Murphy v. Kelly et al.*, 1:15CV00044-JM; and *Murphy v. Hot Springs County*, 6:11CV06049-RTD.