# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

LISA RYAN MURPHY, ADC # 760343                                                         PLAINTIFF

v.                               1:16CV00022-BRW-JJV

GOLDEN, Warden, McPherson Unit,
Arkansas Department of Correction                                                      DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Billy Roy Wilson. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.     Why the record made before the Magistrate Judge is inadequate.

2.     Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.     The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial

1

evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Lisa Murphy ("Plaintiff") filed this action *pro se* and pursuant to 42 U.S.C. section 1983 (Doc. No. 1) without submitting the statutory filing fee or an Application to Proceed Without Prepayment of Fees and Affidavit. On March 8, 2016, after determining she was a "three-striker" within the meaning of the Prison Litigation Reform Act,[1] I ordered her to pay the filing fee within fourteen days. (Doc. No. 2.) I warned Plaintiff that failure to comply with my Order would result in a recommendation that this action be dismissed. (*Id*.) In excess of fourteen days have passed and Plaintiff has not tendered the filing fee.

IT IS, THEREFORE, RECOMMENDED that Plaintiff's Complaint (Doc. No. 1) be DISMISSED without prejudice.

DATED this 19th day of April, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] *See Murphy v. Faust, et al.*, 1:14CV00127-JM; *Murphy v. Kelly et al.*, 1:15CV00044-JM; and *Murphy v. Hot Springs County*, 6:11CV06049-RTD.