## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**LISA RYAN MURPHY, ADC # 760343**                                    **PLAINTIFF**

**VS.**                                  **1:16CV00022-BRW**

**GOLDEN, Warden, McPherson Unit,**
**Arkansas Department of Correction**                                  **DEFENDANT**

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted

by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful

consideration, the Court approves and adopts the Proposed Findings and Recommended

Disposition in their entirety as this Court's findings in all respects.

Accordingly, Plaintiff's Complaint (Doc. No. 1) is DISMISSED without prejudice.

IT IS SO ORDERED this 12th day of May, 2016.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

1